D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM SMALLS,

                        Plaintiff,

-against-

C.O. SAULS, *Ms. Sauls*, C.O. WHITE, *Ms. White*,
CAPTAIN MORALES, and DEPARTMENT OF
CORRECTIONS,

                        Defendants.
------------------------------------------------------------X

**ORDER**

**11-CV-4054 (NGG) (LB)**

NICHOLAS G. GARAUFIS, United States District Judge.

On August 22, 2011 Plaintiff William Small filed a Complaint against Defendants, the New York City Department of Corrections and several of its employees, for injuries he suffered while an inmate at Rikers Island. (Compl. (Docket Entry # 1).) It appears, based on Plaintiff's Complaint, that all of the challenged activities occurred at and all of the individual Defendants are located on Rikers Island. (Id.) Because Rikers Island, as part of Bronx County, is located in the Southern District of New York—and not the Eastern District—the court transfers this case to the Southern District pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated: Brooklyn, New York
       August 25, 2011

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS
United States District Judge